BEFORE THE THIRD DIVISION, JULY 13, 1966

No. P66/154.—Malt Diastase Co. *v.* United States, protest 64/17643 (New York).

DONLON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of dehydrated leek powder similar in all material respects to that the subject of *Corn Products Co.* v. *United States* (55 Cust. Ct. 152, C.D. 2567), the claim of the plaintiff was sustained.

No. P66/155.—New York Merchandise Co., Inc. *v.* United States, protest 63/9421 (San Diego).

No. P66/156.—L. Batlin & Son, Inc. *v.* United States, protest 65/3733 (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JULY 14, 1966

No. P66/157.—The Buhler Corp. *v.* United States, protests 65/2256, etc. (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of parts essential to and dedicated to use with food preparing machinery similar in all material respects to those the subject of *Standard Milling Co.* v. *United States* (50 Cust. Ct. 53, C.D. 2388), the claim of the plaintiff was sustained.